# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **In re:**<br><br>Frank Nauris,<br>Rita F. Nauris<br>    **Debtors.** | Chapter 7<br><br>Case No. 10 B 53147<br><br>Hon. Jack B. Schmetterer |

## NOTICE OF MOTION

**To:** See attached Service List

  PLEASE TAKE NOTICE that on **September 27, 2011, at 10:00 a.m.**, we will appear before the Honorable Jack B. Schmetterer, Courtroom 682, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the **Application of Special Personal Injury Counsel David F. Szczecin of David F. Szczecin and Associates, Ltd. for Final Compensation and Expense Reimbursement,** a copy of which is attached hereto.

Date: September 2, 2011        **David P. Leibowitz, not individually, but as the chapter 7 trustee of the Debtor's estate**

              By:_/s/ David P. Leibowitz_
                David P. Leibowitz (ARDC # 1612271)
                Lakelaw
                420 W. Clayton Street
                  Waukegan, Illinois 60085-4216
                  847.249.9100

## CERTIFICATE OF SERVICE

  On September 2, 2011, the undersigned, certifies that on this date, she caused a copy of the above document to be served upon each person shown on the within Notice, by first class United States Mail, with postage prepaid, at Waukegan, Illinois. Those marked with an * were served via CM/ECF, the Court's electronic notification system.

                _/s/ Maria Idalia Garcia_
                Paralegal

## Service List

Anderson Acceptance
P.O. Box 2036
Warren, MI 48090-2036

CBA Collection Bureau
25954 Eden Landing Road
Hayward, CA 94545-3837

Capital Recovery IV LLC
(HSBC/Orchard Bank Standard-MCS)
c/o Recovery Management Systems Corp
25 S.E. 2nd Avenue, Ste 1120
Miami, FL 33131-1605

Computer Credit Service Corp
P.O. Box 60201
Chicago, IL 60660-0201

Echelon Recovery Inc.
P.O. Box 1880
Voorhees, NJ 08043-7880

Focus Receivables Management LLC
1130 Northchase Parkway, Ste 150
Marietta, GA 30067-6429

Gregerson Radiology Consultants
08630 Preston Circle
Geneva, IL 60134-6109

Illinois Collection Service
P.O. Box 1010
Tinley Park, IL 60477-9110

Internal Revenue Service
P.O. Box 804527
Cincinnati, OH 45280-4527

Midwest Medicorp
6524 W. Archer Avenue
Chicago, IL 60638-2400

Frank Nauris
5530 West 84th Place
Burbank, IL 60459-2624

Portfolio Recovery & Affiliates
120 Corporate Blvd, Suite 1
Norfolk, VA 23502-4962

RJM Acquisition LLC
575 Underhill Boulevard, Suite 2
Syosset, NY 11791-3426

Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161-0244

Timothy K. Liou
575 W. Madison St.
Chicago, IL 60661-2515

Verizon Wireless
P.O. Box 3397
Bloomington, IL 61702-3397

AFNI, Inc.
P.O. Box 3427
Bloomington, IL 61702-3427

Arrow Financial Service
5996 West Touhy Avenue
Niles, IL 60714-4610

Bureau of Recovery LLC
1813 E. Dyer Road, Suite 411
Santa Ana, CA 92705-5731

Capital One
P.O. Box 70886
Charlotte, NC 28272-0886

Cavalry Portfolio Services LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595-2355

Creditors Financial Group, LLC
P.O. Box 440290
Aurora, CO 80044-1500

Fingerhut
P.O. Box 166
Newark, NJ 07101-0166

Frank March
5530 W. 84th Place
Burbank, IL 60459-2424

Illinois Child Support
509 S. 6th Street
Child Support Enforcement
Springfield, IL 62701-1825

Illinois Department of Revenue
P.O. Box 64338
Chicago, IL 60664-0338

Jefferson Capital Systems, LLC
Purchased From Compucredit Corporation
P.O. Box 7999
Saint Cloud, MN 56302-7999
Orig By: Tribute MasterCard

Law Offices Blatt, Hasenmiller, Lei
P.O. Box 5463
Chicago, IL 60680-5463

Linebarger Goggan Blair & Sampson
35946 Eagle Way
Chicago, IL 60678-1359

National Credit Solution
P.O. Box 15779
Oklahoma City, Ok 73155-5779

Rita F. Nauris
5530 West 84th Place
Burbank, IL 60459-2624

Portfolio Recovery Associates LLC
P.O. Box 41067
Norfolk, VA 23541-1067

Reavis High School
6034 W. 77th Street
Burbank, IL 60459-3199

Tribute
P.O. Box 790193
Saint Louis, MO 63179-0193

Verizon Wireless
P.O. Box 26055
Minneapolis, MN 55426-0055

Advocate Medical Group
75 Remittance Drive, Suite 6010
Chicago, IL 60675-6010

Aspire Visa
P.O. Box 105341
Atlanta, GA 30348-5341

James J. Burns, Jr.
Burns & Wincek
53 West Jackson, Suite 909
Chicago, IL 60604-3837

Capital Recovery IV LLC
c/o Recovery Management Systems
Corporate
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Comcast Cable
P.O. Box 3002
Southeastern, PA 19398-3002

ESB/Harley Davidson Credit
P.O. Box 21829
Carson City, NV 89721-1829

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104-4868

Global Credit & Collection Corp
300 International Drive, Suite 100
Buffalo, NY 14221-5783

Illinois Child Support Enforcement
509 South 6th Street
Springfield, IL 62701-1825

LVNV Funding
P.O. Box 10497
Greenville, SC 29603-0497

Partrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-2027

Most Funding II LLC
c/o Jefferson Captal Systems, LLC
P.O. Box 7999
Saint Cloud MN 56302-7999
Orig By: AT&T Midwest

Nationwide Credit Inc.
2015 Vaughn Road NW, Building 400
Kennesaw, GA 30144-7802

Universal Fidelity Collections
P.O. Box 941911
Houston, TX 77094-8911

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Oaklawn Radiology Imaging Consultation
37241 Eagle Way
Chicago, IL 60678-1372

Preferred Open MRI
4200 W. 63rd Street
Chicago, IL 60629-5010

Redline Recovery Services, LLC
6201 Bonhomme Road, Suite 100s
Houston, TX 77036-4379

State of Illinois
Office of Secretary of State
2701 S. Dirksen Pkwy
Springfield, IL 62723-0002

Universal Fidelity Collections
P.O. Box 941911
Houston, TX 77094-8911

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re:** <br><br> **Frank Nauris,** <br> **Rita F. Nauris** <br>       **Debtors.** | **Chapter 7** <br><br> **Case No. 10 B 53147** <br><br> **Hon. Jack B. Schmetterer** |

## APPLICATION OF SPECIAL PERSONAL INJURY COUNSEL DAVID F. SZCZECIN OF DAVID F. SZCZECIN AND ASSOCIATES, LTD. FOR FINAL COMPENSATION AND EXPENSE REIMBURSEMENT

David F. Szczecin and David F. Szczecin and Associates, Ltd. (collectively, "Szczecin"), personal injury counsel for David P. Leibowitz ("Trustee"), chapter 7 trustee of the bankruptcy estate ("Estate") of Frank Nauris and Rita F. Nauris ("Debtors"), seeks final compensation in the amount of $26,000.00, an amount equal to forty percent (40%) of the gross recovery of $65,000.00, and reimbursement of expenses in the amount of $407.71, pursuant to a contingent fee agreement approved by this court on July 26, 2011 (dkt. #27).

Szczecin's services, as counsel to the Trustee for personal injury matters, were beneficial to the bankruptcy estate and are compensable under §§ 330(a) and 331 of the Bankruptcy Code.

### JURISDICTION AND VENUE

1.    This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1408.

2.    By Internal Operating Procedure 15 of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

3.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

**BACKGROUND OF THE CASE AND NATURE OF THE SERVICE PROVIDED**

4. Debtors, by and through their attorney, filed a voluntary chapter 7 bankruptcy petition on November 30, 2010 (dkt. #1).

5. David P. Leibowitz was thereafter appointed as the interim trustee for the Estate.

6. On January 19, 2011, the first meeting of creditors was held and no trustee was elected. Therefore, the Trustee became the permanent trustee of the Debtors' Estate.

7. Prior to the commencement of this case the Debtor, Frank Nauris, had asserted a personal injury claim against Century Granite and Marble Inc. ("Century Granite"). The case was captioned *Frank Nauris vs. Century Granite and Marble Inc.*, Case No. 2009 L 009413, pending in the Circuit Court of Cook County, Illinois (the "Personal Injury Case").

8. Trustee's motion to employ David F. Szczecin and David F. Szczecin and Associates, Ltd. as personal injury counsel for the Trustee, was granted on July 26, 2011.

9. Szczecin's services consisted primarily in the pursuit of Debtor's personal injury claims against Century Granite for injuries suffered while delivering a semi-load of granite to Century Granite's premises.

10. The *Motion to Approve Compromise or Settlement per Rule 9019 with Century Granite & Marble, Inc.* is scheduled to be heard on September 22, 2011 (dkt. #29).

11. No time records are submitted in conjunction with this application because the Court approved the retention of Szczecin's on a contingent bases. Szczecin's services provided a substantial recovery, resulting in a distribution to creditors.

**THE REASONABLESNESS OF THE COMPENSATION REQUESTED**

12. Section 330(a) of the Bankruptcy Code governs the compensation of professionals employed pursuant to section 327 of the Bankruptcy Code. It provides in pertinent part that:

> (A) Reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
> (B) Reimbursement for actual, necessary expenses.

11 U.S.C. § 327.

13. The value of professional services cannot be precisely determined by the application of a mathematical formula to a set of facts; the Court should consider the "ensemble" of services provided. *Matter of Continental Illinois Securities Litigation*, 962 F.2d 566, 572 (7th Cir. 1992).

14. Based on the extent, nature and value of the services rendered, the cost of comparable services in non-bankruptcy cases, the time spent on such services, and the results achieved to date, the compensation requested by Szczecin's is fair and reasonable, and its allowance and payment in full is justified.

## REQUESTED RELIEF

15. Trustee request that this Honorable Court enter an order allowing the Estate to pay personal injury counsel: (1) $26,000.00, representing forty percent (40%) of the gross recovery on the Estate's personal injury claim; and (2) $407.71 for reimbursement of expenses.

16. Based on the services provided and the results achieved, Trustee David P. Leibowitz believes that the allowance and payment of compensation and expense reimbursement in the amounts requested in this Application are reasonable and proper.

## NOTICE

17. Applicant has provided 21 days notice of this application to the Office of the United States Trustee, all creditors who have allowed claims in this case as well as to parties who have previously requested notice of pleadings and proceedings herein. Applicant suggests that no further notice is necessary and the Court should find that no other or further notice is required.

**WHEREFORE**, Trustee requests authority to settle this matter and respectfully requests that this Court enter an Order that (i) allows David F. Szczecin and David F. Szczecin and Associates Ltd. compensation in the amount of $26,000.00 for professional services rendered on behalf of the Trustee; (ii) allows reimbursement of expenses incurred in the amount of $407.71; (iii) authorizes the Trustee to pay all allowed compensation and expense reimbursement to special counsel; and (iv) grants such other and further relief as may be equitable in the circumstances.

/s/ *David P. Leibowitz*
David P. Leibowitz, not individually but as the
chapter 7 trustee of the Debtor's bankruptcy estate

David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216 · 847.249.9100