**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-53147-JBS |
| | § | |
| FRANK NAURIS | § | |
| RITA F. NAURIS | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

     219 South Dearborn Street, Chicago, IL 60604

     Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/23/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/02/2012       By: /s/ David P. Leibowitz
                                                                 (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-53147-JBS |
| | § | |
| FRANK NAURIS | § | |
| RITA F. NAURIS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $65,000.00
*and approved disbursements of*     $41,743.12
*leaving a balance on hand of[1] :*     $23,256.88

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $23,256.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $5,543.19 | $0.00 | $5,543.19 |
| David P. Leibowitz, Trustee Expenses | $55.62 | $0.00 | $55.62 |
| Lakelaw, Attorney for Trustee Fees | $2,567.50 | $0.00 | $2,567.50 |
| Lakelaw, Attorney for Trustee Expenses | $58.42 | $0.00 | $58.42 |

Total to be paid for chapter 7 administrative expenses:     $8,224.73
Remaining balance:     $15,032.15

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $15,032.15 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,385.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | Illinois Department of Revenue | $1,385.02 | $0.00 | $1,385.02 |

|  | Total to be paid to priority claims: | $1,385.02 |
|---|---|---|
|  | Remaining balance: | $13,647.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,542.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Illinois Department of Revenue | $1,100.61 | $0.00 | $1,100.61 |
| 2 | MOST FUNDING II LLC/ AT&T Midwest | $380.46 | $0.00 | $380.46 |
| 3 | Portfolio Recovery Associates, LLC/c/o Best Buy | $573.24 | $0.00 | $573.24 |
| 4 | VERIZON WIRELESS | $82.07 | $0.00 | $82.07 |
| 5 | Jefferson Capital Systems LLC/Compucredit Corporation | $500.07 | $0.00 | $500.07 |
| 6 | Capital Recovery IV LLC/ Credit One Bank NA | $1,627.66 | $0.00 | $1,627.66 |
| 7 | Capital Recovery IV LLC/HSBC/Orchard Bank | $2,074.00 | $0.00 | $2,074.00 |

**UST-Form 101-7-NFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 8 | Portfolio Recovery Associates, LLC/ Capital One Bank | $813.34 | $0.00 | $813.34 |
| 9 | Midwest Medicorp | $4,391.00 | $0.00 | $4,391.00 |

    Total to be paid to timely general unsecured claims:     $11,542.45
    Remaining balance:     $2,104.68

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

    Total to be paid to tardily filed general unsecured claims:     $0.00
    Remaining balance:     $2,104.68

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

    Total to be paid for subordinated claims:     $0.00
    Remaining balance:     $2,104.68

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.27 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $36.46. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor(s) after payment of all claims and interest is $2,068.22.

    Prepared By:   /s/ David P. Leibowitz
                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085
**UST-Form 101-7-NFR (5/1/2011)**

Certificate of Notice    Page 5 of 8

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 10-53147-JBS
Frank Nauris                                                                    Chapter 7
Rita F. Nauris
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dramey              Page 1 of 3              Date Rcvd: Feb 03, 2012
                              Form ID: pdf006           Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2012.
```
db/jdb      +Frank Nauris,   Rita F. Nauris,   5530 West 84th Place,   Burbank, IL 60459-2624
16487359    +Advocate Medical Group,   75 Remittance Drive,   Suite 6010,   Chicago, IL 60675-6010
16487362    +Arrow Financial Service,   5996 West Touhy Avenue,   Niles, IL 60714-4610
16487363     Aspire Visa,   PO Box 105341,   Atlanta, GA 30348-5341
16487365    #+Bureau of Recovery LLC,   1813 E. Dyer Road,   Suite 411,   Santa Ana, CA 92705-5731
16487367    ++CAVALRY PORTFOLIO SERVICES LLC,   500 SUMMIT LAKE DR,   STE 400,   VALHALLA NY 10595-2322
             (address filed with court: Cavalry Portfolio Services, LLC,   P.O. Box 27288,
             Tempe, AZ 85282-7288)
16487368    +CBA Collection Bureau,   25954 Eden Landing Road,   Hayward, CA 94545-3837
16487366    +Capital One,   PO Box 70886,   Charlotte, NC 28272-0886
16487380   +++Capital Recovery IV LLC (HSBC/Orchard,   Bank Standard-MCS),
             c/o Recovery Mangement Systems Corp,   25 S.E. 2nd Ave., Ste 1120,   Miami, FL 33131-1605
16487369     Comcast Cable,   PO Box 3002,   Southeastern, PA 19398-3002
16487371    +Creditors Financial Group, LLC,   P.O. Box 440290,   Aurora, CO 80044-1500
16487372    +Echelon Recovery Inc,   PO Box 1880,   Voorhees, NJ 08043-7880
16487376    ++FOCUS RECEIVABLES MANAGEMENT LLC,   1130 NORTHCHASE PARKWAY STE 150,   MARIETTA GA 30067-6429
             (address filed with court: Focus Receivables Management,   PO Box 725069,
             Atlanta, GA 31139-2069)
16487374     Fingerhut,   PO Box 166,   Newark, NJ 07101-0166
16487375    +First Premier Bank,   601 South Minnesota Avenue,   Sioux Falls, SD 57104-4868
16487377    +Frank March,   5530 W. 84th Place,   Burbank, IL 60459-2624
16487379    ++GREGERSON RADIOLOGY CONSULTANTS,   0S630 PRESTON CIRCLE,   GENEVA IL 60134-6109
             (address filed with court: Gregerson Radiology Consultants,   OS 630 Preserve Circl,
             Geneva, IL 60134)
16487378    +Global Credit & Collection Corp,   300 International Drive,   Suite 100,   Buffalo, NY 14221-5783
16487384    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   101 West Jefferson St.,
             Springfield, IL 62702)
16487381     Illinois Child Support,   509 S. 6th Street,   Child Supprt Enforcement,
             Springfield, IL 62701-1825
16487382    +Illinois Child Support Enforcement,   509 South 6th Street,   Springfield, IL 62701-1825
16487383     Illinois Collection Service,   PO Box 1010,   Tinley Park, IL 60477-9110
17265438     Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
17448688    +Jefferson Capital Systems LLC,   Purchased From COMPUCREDIT CORPORATION,   PO BOX 7999,
             SAINT CLOUD MN 56302-7999,   Orig By: TRIBUTE MASTERCARD
16487388    +Law Offices Blatt, Hasenmiller, Lei,   PO Box 5463,   Chicago, IL 60680-5463
16487389    +Linebarger Goggan Blair & Sampson,   35946 Eagle Way,   Chicago, IL 60678-1359
17441640    +MOST FUNDING II LLC,   c o Jefferson Capital Systems LLC,   PO BOX 7999,
             SAINT CLOUD MN 56302-7999,   Orig By: AT&T MIDWEST
16487394    +Nationwide Credit Inc.,   2015 Vaughn Road NW,   Building 400,   Kennesaw, GA 30144-7802
16487395    +Oaklawn Radiology Imaging Consultan,   37241 Eagle Way,   Chicago, IL 60678-1372
17483932    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
16487396    +Portfolio Recovery & Affiliates,   120 Corporate Blvd,   Suite 1,   Norfolk, VA 23502-4962
16487397    +Preferred Open MRI,   4200 W. 63rd Street,   Chicago, IL 60629-5010
16487398    +Reavis High School,   6034 W. 77th Street,   Burbank, IL 60459-3199
16487399    +Redline Recovery Services, LLC,   6201 Bonhomme Road,   Suite 100S,   Houston, TX 77036-4379
16487401    +Santander Consumer USA,   PO Box 961245,   Fort Worth, TX 76161-0244
16487402    +State of Illinois,   Office of Secty of State,   2701 S. Dirksen Pkwy,
             Springfield, IL 62723-0002
16487403    +Timothy K. Liou,   575 W. Madison St.,   Chicago, IL 60661-2515
16487404    +Tribute,   PO Box790193,   Saint Louis, MO 63179-0193
16487405     Universal Fidelity Collections,   PO Box 941911,   Houston, TX 77094-8911
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16487360    +E-mail/PDF: recoverybankruptcy@afninet.com Feb 04 2012 04:02:30     AFNI, Inc,   PO Box 3427,
             Bloomington, IL 61702-3427
16487361     E-mail/PDF: recoverybankruptcy@afninet.com Feb 04 2012 03:52:21
             Anderson Financial Network, Inc.,   404 Brock Drive,   PO Box 3427,   Bloomington, IL 61702-3427
16487364    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 04 2012 03:21:44     Asset Acceptance,
             PO Box 2036,   Warren, MI 48090-2036
17478606     E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2012 04:03:08     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16487373    +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 04 2012 03:19:43     ESB/Harley Davidson Credit,
             PO Box 21829,   Carson City, NV 89721-1829
16487386    +E-mail/Text: cio.bncmail@irs.gov Feb 04 2012 03:18:39     Internal Revenue Service,
             PO Box 804527,   Cincinnati, OH 45280-4527
16487390    +E-mail/Text: resurgentbknotifications@resurgent.com Feb 04 2012 03:20:11     LVNV Funding,
             PO Box 10497,   Greenville, SC 29603-0497
16487392    +E-mail/Text: sue.rickey@mpmed.org Feb 04 2012 03:23:58     Midwest Medicorp,
             6524 W. Archer Avenue,   Chicago, IL 60638-2400
16487393    +E-mail/Text: BK@nationalcreditsolutions.net Feb 04 2012 03:22:54     National Credit Solution,
             PO Box 15779,   Oklahoma City, OK 73155-5779
```

```
District/off: 0752-1           User: dramey                Page 2 of 3                  Date Rcvd: Feb 03, 2012
                               Form ID: pdf006             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
16487400       +E-mail/Text: rjm@ebn.phinsolutions.com Feb 04 2012 03:21:40      RJM Aquisition LLC,
                 575 Underhill Boulevard, Suite 2,    Syosset, NY 11791-3426
17447068        E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 04 2012 04:02:31      VERIZON WIRELESS,
                 PO BOX 3397,   BLOOMINGTON, IL  61702-3397
16487406       +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 04 2012 03:52:21      Verizon Wireless,
                 PO Box 26055,   Minneapolis, MN 55426-0055
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16487387        Jacqueline Nauris,   Address Unknown,   Paid by State for child support
16487385*      ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
                 (address filed with court: Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
                 100 W. Randolph Street,    Chicago, IL 60606)
16487391*      +LVNV Funding LLC,   PO Box 10497,   Greenville, SC 29603-0497
17441874*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    c/o Best Buy,   POB 41067,
                 Norfolk VA 23541)
16487370       ##+Computer Credit Service Corp,   PO Box 60201,   Chicago, IL 60660-0201
                                                                                        TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2012**                          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: dramey                Page 3 of 3                  Date Rcvd: Feb 03, 2012
                               Form ID: pdf006             Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          James J Burns    on behalf of Debtor Frank Nauris jburnsui@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                            TOTAL: 3