# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: Frank Nauris )<br>Rita F. Nauris )<br> )<br> )<br>Debtor(s) )<br> ) | Bankruptcy No. 10 B 53147 |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:  See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on  February 27, 2014 at 10:30 a.m.   in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David P. Leibowitz, is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 10, 2014

In re: Frank & Rita F. Nauris
Bankruptcy No. 10 B 53147

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on January 10, 2014, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*
Courtroom Deputy

### Electronic Service through CM/ECF System

represented by James J Burns, JR
Burns & Wincek
53 West Jackson
Suite 909
Chicago, IL 60604
Email: jburnsui@aol.com

Trustee
David P Leibowitz, ESQ
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085-4232

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

Debtor
Frank Nauris
Rita F. Nauris
5530 West 84th Place
Burbank, IL 60459