UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-53147-JBS |
| | § | |
| FRANK NAURIS | § | |
| RITA F. NAURIS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $23,050.00 |
| Total Distributions to Claimants: | $12,963.93 | Claims Discharged Without Payment: | $43,281.00 |
| Total Expenses of Administration: | $34,967.85 | | |

3) Total gross receipts of $65,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $17,068.22 (see **Exhibit 2),** yielded net receipts of $47,931.78 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $12,340.64 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $34,967.85 | $34,967.85 | $34,967.85 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $17,637.00 | $1,385.02 | $1,385.02 | $1,385.02 |
| General Unsecured Claims (from **Exhibit 7**) | $37,788.00 | $11,542.45 | $11,542.45 | $11,578.91 |
| **Total Disbursements** | $67,765.64 | $47,895.32 | $47,895.32 | $47,931.78 |

4). This case was originally filed under chapter 7 on 11/30/2010. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/31/2012     By:  /s/ David P. Leibowitz
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim | 1142-000 | $65,000.00 |
| **TOTAL GROSS RECEIPTS** | | $65,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Frank Nauris | Exemptions | 8100-002 | $15,000.00 |
| NAURIS, FRANK AND NAURIS, RITA F. | Surplus Funds | 8200-002 | $2,068.22 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $17,068.22 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ESB/Harley Davidson Credit | 4110-000 | $1,769.00 | NA | $0.00 | $0.00 |
| | Santander Consumer USA | 4110-000 | $10,571.64 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $12,340.64 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $5,543.19 | $5,543.19 | $5,543.19 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $55.62 | $55.62 | $55.62 |
| Green Bank | 2600-000 | NA | $335.41 | $335.41 | $335.41 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,567.50 | $2,567.50 | $2,567.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $58.42 | $58.42 | $58.42 |
| David F. Szczecin and Associates, Ltd., Special Counsel for Trustee | 3210-600 | NA | $26,000.00 | $26,000.00 | $26,000.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| David F. Szczecin and Associates, Ltd., Special Counsel for Trustee | 3220-610 | NA | $407.71 | $407.71 | $407.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $34,967.85 | $34,967.85 | $34,967.85 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1a | Illinois Department of Revenue | 5800-000 | $1,792.00 | $1,385.02 | $1,385.02 | $1,385.02 |
| | Illinois Child Support Enforcement | 5800-000 | $7,045.00 | NA | NA | $0.00 |
| | Internal Revenue Service | 5800-000 | $6,800.00 | NA | NA | $0.00 |
| | Jacqueline Nauris | 5800-000 | $0.00 | NA | NA | $0.00 |
| | State of Illinois | 5800-000 | $2,000.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $17,637.00 | $1,385.02 | $1,385.02 | $1,385.02 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Revenue | 7100-000 | $4,530.00 | $1,100.61 | $1,100.61 | $1,100.61 |
| 2 | MOST FUNDING II LLC/ AT&T Midwest | 7100-900 | NA | $380.46 | $380.46 | $380.46 |
| 3 | Portfolio Recovery Associates, LLC/c/o Best Buy | 7100-900 | NA | $573.24 | $573.24 | $573.24 |
| 4 | VERIZON WIRELESS | 7100-000 | $82.00 | $82.07 | $82.07 | $82.07 |
| 5 | Jefferson Capital Systems LLC/Compucredit Corporation | 7100-900 | $501.00 | $500.07 | $500.07 | $500.07 |
| 6 | Capital Recovery IV LLC/ Credit | 7100-900 | NA | $1,627.66 | $1,627.66 | $1,627.66 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | One Bank NA | | | | | |
| 7 | Capital Recovery IV LLC/HSBC/Orchard Bank | 7100-900 | NA | $2,074.00 | $2,074.00 | $2,074.00 |
| 8 | Portfolio Recovery Associates, LLC/ Capital One Bank | 7100-900 | $848.00 | $813.34 | $813.34 | $813.34 |
| 9 | Midwest Medicorp | 7100-000 | $4,391.00 | $4,391.00 | $4,391.00 | $4,391.00 |
| | Capital Recovery IV LLC/ Credit One Bank NA | 7990-000 | $0.00 | $0.00 | $0.00 | $5.14 |
| | Capital Recovery IV LLC/HSBC/Orchard Bank | 7990-000 | $0.00 | $0.00 | $0.00 | $6.55 |
| | Illinois Department of Revenue | 7990-000 | $0.00 | $0.00 | $0.00 | $3.48 |
| | Jefferson Capital Systems LLC/Compucredit Corporation | 7990-000 | $0.00 | $0.00 | $0.00 | $1.58 |
| | Midwest Medicorp | 7990-000 | $0.00 | $0.00 | $0.00 | $13.87 |
| | MOST FUNDING II LLC/ AT&T Midwest | 7990-000 | $0.00 | $0.00 | $0.00 | $1.20 |
| | Portfolio Recovery Associates, LLC/ Capital One Bank | 7990-000 | $0.00 | $0.00 | $0.00 | $2.57 |
| | Portfolio Recovery Associates, LLC/c/o Best Buy | 7990-000 | $0.00 | $0.00 | $0.00 | $1.81 |
| | VERIZON WIRELESS | 7990-000 | $0.00 | $0.00 | $0.00 | $0.26 |
| | Advocate Medical Group | 7100-000 | $210.00 | NA | NA | $0.00 |
| | AFNI, Inc | 7100-000 | $1,374.00 | NA | NA | $0.00 |
| | Anderson Financial Network, Inc. | 7100-000 | $1,353.00 | NA | NA | $0.00 |
| | Arrow Financial Service | 7100-000 | $895.00 | NA | NA | $0.00 |
| | Aspire Visa | 7100-000 | $755.00 | NA | NA | $0.00 |
| | Asset Acceptance | 7100-000 | $123.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Bureau of Recovery LLC | 7100-000 | $246.00 | NA | NA | $0.00 |
| CBA Collection Bureau | 7100-000 | $104.00 | NA | NA | $0.00 |
| Comcast Cable | 7100-000 | $213.00 | NA | NA | $0.00 |
| Computer Credit Service Corp | 7100-000 | $99.00 | NA | NA | $0.00 |
| Creditors Financial Group, LLC | 7100-000 | $1,236.00 | NA | NA | $0.00 |
| Echelon Recovery Inc | 7100-000 | $2,200.00 | NA | NA | $0.00 |
| Fingerhut | 7100-000 | $311.00 | NA | NA | $0.00 |
| First Premier Bank | 7100-000 | $456.00 | NA | NA | $0.00 |
| Focus Receivables Management | 7100-000 | $917.00 | NA | NA | $0.00 |
| Global Credit & Collection Corp | 7100-000 | $1,258.00 | NA | NA | $0.00 |
| Gregerson Radiology Consultants | 7100-000 | $70.00 | NA | NA | $0.00 |
| HSBC | 7100-000 | $389.00 | NA | NA | $0.00 |
| Illinois Collection Service | 7100-000 | $210.00 | NA | NA | $0.00 |
| Illinois Department of Revenue | 7100-000 | $30.00 | NA | NA | $0.00 |
| Law Offices Blatt, Hasenmiller, Lei | 7100-000 | $1,994.00 | NA | NA | $0.00 |
| Linebarger Goggan Blair & Sampson | 7100-000 | $2,402.00 | NA | NA | $0.00 |
| LVNV Funding | 7100-000 | $110.00 | NA | NA | $0.00 |
| LVNV Funding | 7100-000 | $1,292.00 | NA | NA | $0.00 |
| LVNV Funding LLC | 7100-000 | $1,918.00 | NA | NA | $0.00 |
| National Credit Solution | 7100-000 | $219.00 | NA | NA | $0.00 |
| Nationwide Credit Inc. | 7100-000 | $79.00 | NA | NA | $0.00 |
| Oaklawn Radiology Imaging | 7100-000 | $60.00 | NA | NA | $0.00 |
| Preferred Open MRI | 7100-000 | $1,406.00 | NA | NA | $0.00 |
| Preferred Open MRI | 7100-000 | $1,768.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Reavis High School | 7100-000 | $195.00 | NA | NA | $0.00 |
| Reavis High School | 7100-000 | $200.00 | NA | NA | $0.00 |
| Redline Recovery Services, LLC | 7100-000 | $827.00 | NA | NA | $0.00 |
| RJM Aquisition LLC | 7100-000 | $69.00 | NA | NA | $0.00 |
| Timothy K. Liou | 7100-000 | $2,280.00 | NA | NA | $0.00 |
| Universal Fidelity Collections | 7100-000 | $168.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $37,788.00 | $11,542.45 | $11,542.45 | $11,578.91 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

Exhibit 8

| Case No.: | 10-53147-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | NAURIS, FRANK AND NAURIS, RITA F. | Date Filed (f) or Converted (c): | 11/30/2010 (f) |
| For the Period Ending: | 5/31/2012 | §341(a) Meeting Date: | 01/19/2011 |
| | | Claims Bar Date: | 07/20/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Checking Account Midland Federal Savings | $750.00 | $0.00 | DA | $0.00 | FA |
| 2  Miscellaneous Household Goods and Furnishings, Televisions and Home Computer | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 3  Men & Women's Clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 4  2003 Pontiac Grand Prix - Over 80,000 Miles | $4,725.00 | $0.00 | DA | $0.00 | FA |
| 5  2003 Harley FLH 30,000 miles | $5,100.00 | $0.00 | DA | $0.00 | FA |
| 6  Personal Injury Claim | Unknown | $50,000.00 | DA | $65,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                          **Gross Value of Remaining Assets**

                                       $12,075.00             $50,000.00                                  $65,000.00             $0.00

**Major Activities affecting case closing:**
Fee Application to pay Special counsel - then TFR.
TFR completed and sent to UST office for review and approval.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2011 | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-53147-JBS | **Trustee Name:** David Leibowitz |
| **Case Name:** | NAURIS, FRANK AND NAURIS, RITA F. | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | ******8552 | **Checking Acct #:** ******4701 |
| **Co-Debtor Taxpayer ID #:** | ******8553 | **Account Title:** |
| **For Period Beginning:** | 11/30/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 5/31/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/03/2011 | (6) | Auto-Owners Insurance | Settlement of personal injury case Nauris v. Century Granite | 1142-000 | $65,000.00 | | $65,000.00 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $94.73 | $64,905.27 |
| 08/31/2011 | 1001 | Frank Nauris | Exemptions claimed on Personal Injury Claim. | 8100-002 | | $15,000.00 | $49,905.27 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $87.81 | $49,817.46 |
| 10/03/2011 | 1002 | David F. Szczecin and Associates, Ltd. | Per Court Order entered on 09/27/2011 Dkt. # 32 | 3210-600 | | $26,000.00 | $23,817.46 |
| 10/03/2011 | 1003 | David F. Szczecin and Associates, Ltd. | Per Court Order entered on 09/27/2011 Dkt. # 32 | 3220-610 | | $407.71 | $23,409.75 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $75.20 | $23,334.55 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $77.67 | $23,256.88 |
| 02/24/2012 | 1004 | Lakelaw | Claim #: ; Amount Claimed: 2,567.50; Amount Allowed: 2,567.50; Distribution Dividend: 100.00; | 3110-000 | | $2,567.50 | $20,689.38 |
| 02/24/2012 | 1005 | Lakelaw | Claim #: ; Amount Claimed: 58.42; Amount Allowed: 58.42; Distribution Dividend: 100.00; | 3120-000 | | $58.42 | $20,630.96 |
| 02/24/2012 | 1006 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $5,543.19 | $15,087.77 |
| 02/24/2012 | 1007 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $55.62 | $15,032.15 |
| 02/24/2012 | 1008 | Illinois Department of Revenue | Claim #: 1; Amount Claimed: 1,385.02; Amount Allowed: 1,385.02; Distribution Dividend: 100.00; | 5800-000 | | $1,385.02 | $13,647.13 |
| 02/24/2012 | 1009 | Illinois Department of Revenue | Claim #: 1; Amount Claimed: 1,100.61; Amount Allowed: 1,100.61; Distribution Dividend: 100.00; | * | | $1,104.09 | $12,543.04 |
| | | | Claim Amount            $(1,100.61) | 7100-000 | | | $12,543.04 |
| | | | Interest                      $(3.48) | 7990-000 | | | $12,543.04 |
| 02/24/2012 | 1010 | MOST FUNDING II LLC/ AT&T Midwest | Claim #: 2; Amount Claimed: 380.46; Amount Allowed: 380.46; Distribution Dividend: 100.00; | * | | $381.66 | $12,161.38 |
| | | | Claim Amount              $(380.46) | 7100-900 | | | $12,161.38 |
| | | | Interest                      $(1.20) | 7990-000 | | | $12,161.38 |
| 02/24/2012 | 1011 | Portfolio Recovery Associates, LLC/c/o Best | Claim #: 3; Amount Claimed: 573.24; Amount Allowed: 573.24; Distribution Dividend: 100.00; | * | | $575.05 | $11,586.33 |
| | | | Claim Amount              $(573.24) | 7100-900 | | | $11,586.33 |
| | | | Interest                      $(1.81) | 7990-000 | | | $11,586.33 |
| 02/24/2012 | 1012 | VERIZON WIRELESS | Claim #: 4; Amount Claimed: 82.07; Amount Allowed: 82.07; Distribution Dividend: 100.00; | * | | $82.33 | $11,504.00 |
| | | | Claim Amount               $(82.07) | 7100-000 | | | $11,504.00 |
| | | | Interest                      $(0.26) | 7990-000 | | | $11,504.00 |

**SUBTOTALS** $65,000.00 $53,496.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-53147-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | NAURIS, FRANK AND NAURIS, RITA F. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8552 | Checking Acct #: | ******4701 |
| Co-Debtor Taxpayer ID #: | ******8553 | Account Title: | |
| For Period Beginning: | 11/30/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/31/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/24/2012 | 1013 | Jefferson Capital Systems LLC/Compucredit | Claim #: 5; Amount Claimed: 500.07; Amount Allowed: 500.07; Distribution Dividend: 100.00; | * | | $501.65 | $11,002.35 |
| | | | Claim Amount $(500.07) | 7100-900 | | | $11,002.35 |
| | | | Interest $(1.58) | 7990-000 | | | $11,002.35 |
| 02/24/2012 | 1014 | Capital Recovery IV LLC/ Credit One Bank NA | Claim #: 6; Amount Claimed: 1,627.66; Amount Allowed: 1,627.66; Distribution Dividend: 100.00; | * | | $1,632.80 | $9,369.55 |
| | | | Claim Amount $(1,627.66) | 7100-900 | | | $9,369.55 |
| | | | Interest $(5.14) | 7990-000 | | | $9,369.55 |
| 02/24/2012 | 1015 | Capital Recovery IV LLC/HSBC/Orchard Bank | Claim #: 7; Amount Claimed: 2,074.00; Amount Allowed: 2,074.00; Distribution Dividend: 100.00; | * | | $2,080.55 | $7,289.00 |
| | | | Claim Amount $(2,074.00) | 7100-900 | | | $7,289.00 |
| | | | Interest $(6.55) | 7990-000 | | | $7,289.00 |
| 02/24/2012 | 1016 | Portfolio Recovery Associates, LLC/ Capital | Claim #: 8; Amount Claimed: 813.34; Amount Allowed: 813.34; Distribution Dividend: 100.00; | * | | $815.91 | $6,473.09 |
| | | | Claim Amount $(813.34) | 7100-900 | | | $6,473.09 |
| | | | Interest $(2.57) | 7990-000 | | | $6,473.09 |
| 02/24/2012 | 1017 | Midwest Medicorp | Claim #: 9; Amount Claimed: 4,391.00; Amount Allowed: 4,391.00; Distribution Dividend: 100.00; | * | | $4,404.87 | $2,068.22 |
| | | | Claim Amount $(4,391.00) | 7100-000 | | | $2,068.22 |
| | | | Interest $(13.87) | 7990-000 | | | $2,068.22 |
| 02/24/2012 | 1018 | NAURIS, FRANK AND NAURIS, RITA F. | Claim #: ; Amount Claimed: 2,068.22; Amount Allowed: 2,068.22; Distribution Dividend: 100.00; | 8200-002 | | $2,068.22 | $0.00 |
| | | | **TOTALS:** | | $65,000.00 | $65,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $65,000.00 | $65,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $17,068.22 | |
| | | | **Net** | | $65,000.00 | $47,931.78 | |

| For the period of 11/30/2010 to 5/31/2012 | | For the entire history of the account between 08/03/2011 to 5/31/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $65,000.00 | Total Compensable Receipts: | $65,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,000.00 | Total Comp/Non Comp Receipts: | $65,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $47,931.78 | Total Compensable Disbursements: | $47,931.78 |
| Total Non-Compensable Disbursements: | $17,068.22 | Total Non-Compensable Disbursements: | $17,068.22 |
| Total Comp/Non Comp Disbursements: | $65,000.00 | Total Comp/Non Comp Disbursements: | $65,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-53147-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | NAURIS, FRANK AND NAURIS, RITA F. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8552 | | Checking Acct #: | ******4701 |
| Co-Debtor Taxpayer ID #: | ******8553 | | Account Title: | |
| For Period Beginning: | 11/30/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/31/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $65,000.00 | $65,000.00 | $0.00 |

**For the period of 11/30/2010 to 5/31/2012**

| | |
|---|---|
| Total Compensable Receipts: | $65,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $47,931.78 |
| Total Non-Compensable Disbursements: | $17,068.22 |
| Total Comp/Non Comp Disbursements: | $65,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/30/2010 to 5/31/2012**

| | |
|---|---|
| Total Compensable Receipts: | $65,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $47,931.78 |
| Total Non-Compensable Disbursements: | $17,068.22 |
| Total Comp/Non Comp Disbursements: | $65,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |